**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-10-00510-CV
_____

**JAMES BAXTER, Appellant**

**V.**

**ADVANTAGE CLAIMS RECOVERY, PAMELA DAVIS AND RICHARD DAVIS,
Appellees**

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2005-37518**

---

## O R D E R

Appellant's brief was due February 16, 2011.   No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **April 2, 2012**, the Court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

PER CURIAM